# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Lindsey Jo Henington**; DOB: 1986; United States<br>**Christopher Ryan Carnevale**; DOB: 1982; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>22-07622MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i) ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about August 21, 2022, in the District of Arizona, **Lindsey Jo Henington** and **Christopher Ryan Carnevale**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal alien, including Rafael Ibarra-Rojas and Cada Gaspar-Ramirez, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about August 21, 2022, in the District of Arizona (Sonoita), United States Border Patrol Agents (BPA) responded to a request for assistance from Arizona Department of Public Safety (DPS) Trooper regarding a possible smuggling event. The BPAs arrived and met with the Trooper who stated they stopped a 2005 Jeep Grand Cherokee and issued a warning for a cracked windshield and improper tinting of windows. The driver, later identified as **Lindsey Jo Henington,** and front seat passenger, **Christopher Ryan Carnevale,** had been removed from the vehicle and separated by the Trooper. The BPAs approached the Jeep and observed three subjects sitting upright in the back seats and two more subjects lying on their sides in the rear cargo area of the Jeep. All five subjects admitted to being in the Untied States illegally, including Rafael Ibarra-Rojas and Cada Gaspar-Ramirez. **Henington** and **Carnevale** were subsequently arrested for alien smuggling.

Records checks revealed that Rafael Ibarra-Rojas and Cada Gaspar-Ramirez did not have the proper immigration documentation to enter or remain in the U.S. legally. Material witnesses Ibarra and Gaspar said they arranged to be smuggled into the United States for money. Ibarra and Gaspar stated they illegally crossed the International Boundary Fence as part of a group and walked to the pick-up location. Ibarra stated a white 4-door Jeep Grand Cherokee arrived and the scout on the phone instructed the group to get in. Ibarra stated there was a female driver and male passenger already in the vehicle. Gaspar stated he was picked up by a white 4-door vehicle. Gaspar stated he sat in the far back cargo area of the vehicle. Gaspar stated the vehicle was driven by a female driver and male passenger. Gaspar mentioned the male passenger had gestured to them with his hands for the group to get in said they wanted to help them out.

In a post-*Miranda* statement, **Henington** initially stated she and **Carnevale** were out in Dragoon, Arizona taking pictures and decided to spend the night. In the morning, she saw five subjects on the side of Interstate 10 and decided to give them a ride because they appeared to be in bad health. **Henington** stated **Carnevale** spoke with the subjects and determined they all had 'green cards' and all five subjects entered the vehicle. Agents questioned **Henington** regarding the validity and truthfulness of the events.
**Continued on next page.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Rafael Ibarra-Rojas and Cada Gaspar-Ramirez

| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>AUTHORIZED BY:  AUSA HNS/rr | SIGNATURE OF COMPLAINANT<br>*/signed/*<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x<br>SIGNATURE OF MAGISTRATE JUDGE[1)]  *Jacqueline M. Rateau* | DATE<br>August 22, 2022 |

[1)] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED:**

**Henington** then stated she was not involved in anything 'Chris had going on. (**Carnevale**)' **Henington** stated she and **Carnevale** were down near Douglas, Arizona and had driven through a very small Border Patrol checkpoint that was closed in the middle of nowhere. **Henington** stated **Carnevale** was on the phone with a subject who was giving **Carnevale** directions. **Henington** stated she was just driving and doing what **Carnevale** told her to do. **Henington** stated they drove to a small road somewhere and five subjects ran out from the brush and entered the vehicle as if they knew to get in without any questions.

In a post-*Miranda* statement, **Carnevale** initially stated he and **Henington** were out in Dragoon, Arizona taking pictures and decide to spend the night. In the morning, they left the area and **Carnevale** claimed he fell asleep while they were driving west towards Benson, Arizona. **Carnevale** stated **Henington** pulled off the side of the road to pick up five people who appeared to be in bad health. **Carnevale** stated he spoke with the subjects in the English language and determined they all had 'green cards' and all five subjects entered the vehicle. **Carnevale** stated he and his girlfriend were returning to Sonoita, Arizona after the picked up the five people. BPAs pointed out that the navigation on his cellphone that they had seen in plain view was displaying an address that was approximately 160 miles away. **Carnevale** stated **Henington** would just plot random locations into the phone. On the lock screen of **Carnevale**'s phone, BPAs saw notification of messages from a subject with the moniker P1. **Carnevale** stated that "P1" was "Pelon", a subject in Mexico with ties to the Mexican cartel.